In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to Owners of Lands Injured by the Change of Grade of Delaware Avenue and Claimed to Be Owned by HENRY D. KIRKOVER et al., Respondents.

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Matter of Grade Crossing Comrs., Buffalo,* 146 App. Div. 885 affirmed.

(Argued November 22, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1911, which affirmed an order of Special Term confirming the report of commissioners in the above-entitled proceeding.

*Alfred L. Becker* and *Daniel E. Meegan* for appellant.

*Clark H. Hammond, Corporation Counsel (Harry D. Sanders* of counsel), for city of Buffalo, intervening.

*Moses Shire, Vernon Cole* and *Louis L. Babcock* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.